UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM EDWARD RAINEY,**

    **Plaintiff,**

v.

**SHERRIF MIKE HOELSCHER et al**,

    **Defendant.**                                No. 13-cv-442-DRH

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 8, 2014 (Doc. 29), this case is **DISMISSED** with prejudice.

                                              **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

                                              **BY:**      **/s/*Caitlin Fischer***
                                                              **Deputy Clerk**

Dated: January 8, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.01.08
12:30:05 -06'00'

APPROVED:
        U. S. DISTRICT JUDGE